UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRANSHIRE CAPITALMASTER
FUND, LTD.,

    Plaintiff,

v.                              Case No: 8:14-cv-2122-T-30EAJ

HPEV, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion that the Court's May 7, 2015 Consent Judgment Be Withdrawn; and Joint Notice of HPEV's Payment of $75,000 to Cranshire and That This Action Be Dismissed With Prejudice (Dkt. #48). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion that the Court's May 7, 2015 Consent Judgment Be Withdrawn (Dkt. #48) is GRANTED.

2.    The Order (Dkt. #47) granting the Joint Motion for Entry of a Consent Judgment is VACATED.

3.    This case is dismissed with prejudice and without costs or attorney's fees.

4.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of June, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-2122 dismissal.docx